USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1-16-20_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

MICHAEL CHRISTY,

      Plaintiff,

  -against-

S. BASTAIN, ET AL.,

      Defendants.

---------------------------------------------------------- X

1:19-cv-09666 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Defendants Huggins' and Shearn's letter dated January 9, 2020, identifying John Doe 1 and John Doe 2. ECF No. 17. Accordingly, Plaintiff is hereby **ORDERED** to submit an Amended Complaint, which specifies those individuals, to the Court on or before **February 7, 2020**.

**SO ORDERED.**

Dated: **January 15, 2020**
    **New York, New York**

              **ANDREW L. CARTER, JR.**
              **United States District Judge**

COPIES MAILED