USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

MICHAEL CHRISTY,

                      **Plaintiff,**

           **-against-**               **1:19-cv-09666 (ALC)**

S. BASTAIN, ET AL.,             **ORDER**

                   **Defendants.**

------------------------------------------------------------- X

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants' motion to dismiss is **DENIED** without prejudice. As per this Court's Individual Rules, prior to filing a motion to dismiss, a party must file a letter not to exceed three pages, requesting a pre-motion conference and setting forth its position concerning its anticipated motion. Defendants are directed to file such a letter by **April 24, 2020**. Plaintiff, who is proceeding *pro se*, shall file a response on or before **May 8, 2020.** Additionally, Defendants are directed to serve a copy of this Order on Plaintiff on or before **April 22, 2020**. Defendants shall file proof of service on or before **April 24, 2020.**

**SO ORDERED.**

Dated:    April 17, 2020
            New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**