USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MICHAEL CHRISTY                                          :
                                                         :
                              Plaintiff,                 :
                                                         :     19-CV-09666 (ALC)
              -against-                                  :
                                                         :     **ORDER**
BASTAIN, ET AL.,                                         :
                                                         :
                              Defendants.                :
                                                         :
-------------------------------------------------------------------- :x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of requests from Defendants for a pre-motion conference, dated April 17, 2020 and May 12, 2020.  A response from Plaintiff, who is proceeding pro se, was due on or before May 8, 2020.  To date, Plaintiff has not responded.  The Court directs Plaintiff to file any response to Defendants' requests by May 25, 2020.

Further, Defendants' request for pre-motion conference is hereby **GRANTED**.  A Telephone Conference is set for May 28, 2020 at 11:00 a.m.  The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

Additionally, Defendants are directed to serve a copy of this Order on Plaintiff, and file proof of service on or before May 18, 2020.

**SO ORDERED.**

**Dated:      New York, New York**
**            May 14, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**