USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/27/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**MICHAEL CHRYSTY**

                **Plaintiff,**

      -against-

**S. BASTAIN, ET AL.,**

                **Defendants.**

------------------------------------------------------------------- :x

**19-CV-09666 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendants' letter requesting adjournment of the May 28, 2020 pre-motion conference, dated May 27, 2020. The May 28, 2020 pre-motion conference is hereby **ADJOURNED**. The pre-motion conference is rescheduled to June 16, 2020 at 3:30 p.m. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

Additionally, Defendants are directed to serve a copy of this Order and ECF Nos. 37-39 on Plaintiff, and file proof of such service on or before June 2, 2020.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **May 27, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**