| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: 6/17/2020 |

```
-------------------------------------------------------------------- x
CHRISTY,                                                             :
                                                                     :
                              Plaintiff,                             :
                                                                     :    19-CV- 09666 (ALC)
       -against-                                                     :
                                                                     :    ORDER
BASTAIN, ET AL.,                                                     :
                                                                     :
                              Defendants.                            :
                                                                     :
                                                                     ::
                                                                     :
-------------------------------------------------------------------- x
```

**ANDREW L. CARTER, JR., District Judge:**

     A Telephone Conference is set for July 7, 2020 at 12:30 p.m.  The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

     Defendants are directed to serve this order on Plaintiff, and file proof of service, by June 22, 2020.

**SO ORDERED.**

**Dated:**     **New York, New York**
                **June 17, 2020**

                                                            **_/s/ Andrew L. Carter_**
                                                           **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**