**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/4/2020__

**CHRISTY,**

                  **Plaintiff,**

-against-

**BASTAIN, ET AL.,**

                  **Defendants.**

**1:19-CV-9666-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On July 9, 2020, the Court ordered Mr. Christy to show cause why this matter should not be dismissed for failure to prosecute. ECF No. 45. The July 9, 2020 Order directed Defendants to serve Mr. Christy, who is pro se, by July 11, 2020. On August 3, 2020, Mr. Christy left a voicemail with the Court indicating that he had just received the July 9, 2020 Order. Defendants' Affidavit of Service indicates that Mr. Christy was belatedly served by mail on July 30, 2020. ECF No. 46. The Court therefore extends Mr. Christy's time to respond to the July 9, 2020 Order to August 18, 2020.

    Defendants are ORDERED to serve this Order on Mr. Christy, and file proof of service on ECF, by August 5, 2020.

**SO ORDERED.**

Dated: August 4, 2020
       New York, NY

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**