```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
Michael Christy,                                                        :
                                                                        :
                            Plaintiff,                                  :
                                                                        :        19-CV-9666 (JPC)
            -v-                                                         :
                                                                        :        ORDER
S. Bastian et al.,                                                      :
                                                                        :
                            Defendants.                                 :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of a letter from Defendants Bernard Chukwaneke, M.D., Glenda Shearn, PA, and Warden Steven Bastian requesting that the Court schedule a pre-motion conference in this case. (Dkt. 57.) On August 26, 2020, Judge Andrew L. Carter indicated that he would reschedule the pre-motion conference previously requested by Defendants Chukwaneke and Shearn after Defendants Dr. Nirmal Tejwani and Dr. Mahure, who were named in Plaintiff Michael Christy's Amended Complaint, had been served and answered or otherwise responded to the Amended Complaint. (Dkt. 50.) Judge Carter further ordered the Clerk of the Court to send the necessary documents for the U.S. Marshals to effect service, and provided that the U.S. Marshals would have 90 days from the issuance of the summonses – which occurred on August 27, 2020 – to do so. (*Id.*)

Despite the reassignment of this case to the undersigned, Judge Carter's order remains in effect. Accordingly, Defendants' request is premature. The Court will reschedule the pre-motion conference when Defendants Tejwani and Mahure have answered or otherwise responded to the Amended Complaint.

At least one Defendant that has already been served is ORDERED to serve this Order on Mr. Christy, and file proof of service on ECF, by October 8, 2020.

SO ORDERED.

Dated: October 1, 2020
New York, New York

_____
JOHN P. CRONAN
United States District Judge