```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
Michael Christy,                                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :          19-CV-9666 (JPC)
              -v-                                                      :
                                                                       :          NOTICE OF
S. Bastian et al.,                                                     :          REASSIGNMENT
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/02/2020__

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules, including the rules applicable to** *pro se* **cases, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**

In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

At least one Defendant that has already been served is ORDERED to serve this Order on

Mr. Christy, and file proof of service on ECF, by October 9, 2020.

    SO ORDERED.

Dated: October 1, 2020
       New York, New York

                                  JOHN P. CRONAN
                             United States District Judge