UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :
MICHAEL CHRISTY,                            :
                                                :
                      Plaintiff,             :
                                                :         19-CV-9666 (JPC)
               -v-                            :
                                                :             ORDER
S. BASTIAN et al.,                          :
                                                :
                     Defendants.       :
                                                 :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court is in receipt of a letter from Defendants, dated February 11, 2021, noting that while Plaintiff has not filed an official Notice of Change of Address, he stated in his Response to the Motion to Dismiss (Dkt. 41) that he had moved from the Bronx Avenue Shelter to 201 East 24th Street, New York, New York 10010.  (Dkt. 71.)  In order to ensure that Plaintiff receives all communications from the Court, it is hereby ORDERED that Plaintiff must either file a completed Notice of Change of Address (*see* Dkt. 9 at 18) or a separate letter indicating his current address by March 3, 2021.

        The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at both the address listed on the docket and 201 East 24th Street, New York, New York 10010.

        SO ORDERED.

Dated: February 17, 2021
       New York, New York                                   JOHN P. CRONAN
                                                                          United States District Judge