UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MICHAEL CHRISTY,                                                         :
:
                  Plaintiff,                                       :
:      19 Civ. 9666 (JPC)
         -v-                                                              :
:      <u>ORDER</u>
S. BASSTIAN *et al.*,                                                    :
:
                  Defendants.                                      :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On May 3, 2021, Defendants filed a motion to dismiss. *See* Dkt. 89. Plaintiff has not submitted an opposition to this motion, which was due by June 2, 2021. *See* Dkt. 86. Accordingly, it is hereby ORDERED that Plaintiff shall submit an opposition to Defendants' motion to dismiss within 30 days of the filing of this Order, specifically, **by November 4, 2021**. This Order constitutes a final extension of time for Plaintiff to submit an opposition to Defendants' motion to dismiss. Failure to oppose the motion (or otherwise indicate an intention to proceed with the lawsuit) may result in Defendants' motion being granted as unopposed or in dismissal of the case for abandonment or failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

      The Clerk of Court is directed to mail a copy of this Order and Defendants' motion to dismiss papers, Dkts. 89-92, to Plaintiff.

      SO ORDERED.

Dated: October 5, 2021
       New York, New York
                                                                    JOHN P. CRONAN
                                                             United States District Judge