UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MICHAEL CHRISTY,                                                       :
                                                                       :
                         Plaintiff,                                    :
                                                                       :     19 Civ. 9666 (JPC)
                -v-                                                    :
                                                                       :     ORDER
S. BASTIAN *et al.*,                                                   :
                                                                       :
                         Defendants.                                   :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of Plaintiff's April 14, 2022 letter. Dkt. 115. The Court construes Plaintiff's letter as a request for extension of time to oppose Defendants' motion to dismiss the Second Amended Complaint, which was due on March 30, 2022. Dkt. 108. Accordingly, it is hereby ORDERED that Plaintiff shall oppose Defendants' motion to dismiss the Second Amended Complaint by April 29, 2022 and Defendants shall file any reply by May 13, 2022. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff and note service on the docket.

      SO ORDERED.

Dated: April 15, 2022
       New York, New York
                                               JOHN P. CRONAN
                                          United States District Judge