UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MICHAEL CHRISTY, :
:
                    Plaintiff, :
: 19 Civ. 9666 (JPC)
    -v- :
: ORDER
S. BASTIAN *et al.*, :
:
                    Defendants. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On May 23, 2022, the Court received a letter from the *pro se* Plaintiff Michael Christy, dated May 13, 2022, advising the Court of his change of address. The Clerk of Court is respectfully directed to update the address for Plaintiff on the docket:

                Michael Christy
                BRC Shelter
                146 Clay Street
                Brooklyn, New York 11222

The Clerk of Court is also directed to mail a copy of this Order, as well as the Court's May 19, 2022 Order, Dkt. 117, to Plaintiff at his new address and to note service on the docket.

       SO ORDERED.

Dated: May 24, 2022
       New York, New York

                                          JOHN P. CRONAN
                                          United States District Judge