**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHAEL CHRISTY,

                Plaintiff,

-against-                                 19 **CIVIL** 9666 (JPC)

                                                **JUDGMENT**

WARDEN OF RIKERS ISLAND, S. BASTIAN *et al.*

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 29, 2022, Defendants motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      August 30, 2022

                                                          **RUBY J. KRAJICK**

                                                      _____
                                                         **Clerk of Court**

                                **BY:**       _____
                                                         **Deputy Clerk**